# EXHIBIT 1

 **Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
01/22/2024
CT Log Number 545586235

## Service of Process Transmittal Summary

**TO:**  Maria Bustamante, Paralegal-Litigation
United Airlines, Inc.
609 MAIN STREET, 16TH FLOOR/HSCPZ
HOUSTON, TX 77002-3167

**RE:**  **Process Served in Washington**

**FOR:**  United Airlines, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JERRETT RHOADS // To: United Airlines, Inc. |
| **CASE #:** | 242014055KNT |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | CT Corporation System, Olympia, WA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 01/22/2024 at 15:04 |
| **JURISDICTION SERVED:** | Washington |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Tom Campuzano  thomas.d.campuzano@united.com |
| | Email Notification,  Maria Bustamante  maria.bustamante@united.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 711 Capitol Way S |
| | Suite 204 |
| | Olympia, WA 98501 |
| | 866-401-8252 |
| | LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                        Mon, Jan 22, 2024
**Server Name:**                 Drop Service

| Entity Served | UNITED AIRLINES, INC. |
|---|---|
| Case Number | 242014055KNT |
| Jurisdiction | WA |

| Inserts | | |
|---|---|---|
| | | |



**EXHIBIT 1**
**Page 2 of 16**

1

2

3

4

5

6              IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                 IN AND FOR THE COUNTY OF KING COUNTY
7

8

9    JERRETT RHOADS,                           No.

10                    Plaintiff,

11          vs.                                 SUMMONS

12   UNITED AIRLINES, INC. and
     CORPORATIONS A-Z

13

14                    Defendants.

15         A lawsuit has been started against you in the above-entitled court by the plaintiff.

16   Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with

17   this Summons.  In order to defend against the lawsuit, you must respond to the complaint by

18   stating your defense in writing, and serve a copy upon the undersigned attorney for the plaintiff

19   within 20 days after the service of this Summons, or within 60 days if this Summons was served

20   outside the State of Washington, excluding the day of service, or a default judgment may be

21   entered against you without notice.  A default judgment is one where the plaintiff is entitled to

22

23   SUMMONS - 1

24

**THE JACKMAN LAW FIRM, PLLC**
708 Broadway, suite 108
Tacoma, WA 98402
(206) 245-6442 Telephone
Chris@JackmanFirm.com
www.JackmanFirm.com

**EXHIBIT 1**
**Page 3 of 16**

1  what they ask for because you have not responded.  If you serve a notice of appearance on the

2  undersigned attorney, you are entitled to notice before a default judgment may be entered.  You

3  may demand that the plaintiff files the lawsuit with the court.  If you do so, the demand must be

4  in writing and must be served upon the plaintiff.  Within 14 days after the service of the demand,

5  the plaintiff must file this lawsuit with the court, or the service on you of this Summons and

6  Complaint will be void.

7       If you wish to seek the advice of an attorney in this matter, you should do so promptly so

8  that your written response, if any, may be served on time.

9       This Summons is stated pursuant to Rule 4 of the Superior Court Civil Rules of the State

10  of Washington.

11

12

13                                        By:   THE JACKMAN LAW FIRM, PLLC

14

15

16  DATED 22nd day of January, 2024

17

18  /s/ Chris T. Jackman
    Chris Jackman, WSBA #46182
    The Jackman Law Firm, PLLC
19  708 Broadway
    Suite 101
20  Tacoma, WA 98402
    Tel: 206-245-6442
21  Fax: 206-374-2586

22

23  SUMMONS - 2

24

THE JACKMAN LAW FIRM,
PLLC
708 Broadway, suite 108
Tacoma, WA 98402
(206) 245-6442 Telephone
Chris@JackmanFirm.com
www.JackmanFirm.com

EXHIBIT 1
Page 4 of 16

1   Chris@JackmanFirm.com

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   SUMMONS - 3

24

**THE JACKMAN LAW FIRM, PLLC**
708 Broadway, suite 108
Tacoma, WA 98402
(206) 245-6442 Telephone
Chris@JackmanFirm.com
www.JackmanFirm.com

**EXHIBIT 1**
**Page 5 of 16**

1

2

3

4

5

6

7

8          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                          FOR THE COUNTY OF KING
9

10    JERRETT RHOADS,

11                         Plaintiff,              NO.

12             vs.                                 COMPLAINT FOR DAMAGES

13    UNITED AIRLINES, INC. and
      CORPORATIONS A-Z
14

15

16                         Defendants.

17

18

19

20          Plaintiff by and through his attorney of record, Chris Jackman of The Jackman

21    Law Firm, PLLC, who appears before the Court complaining against the defendants as

      follows:
22

23                      **I. INTRODUCTION AND JURISDICTION**

24

25
      COMPLAINT FOR DAMAGES
      Page 1 of 5
                                                CHRIS JACKMAN
                                         THE JACKMAN LAW FIRM, PLLC
                                            708 BROADWAY, SUITE 101
                                               TACOMA, WA 98104
                                             TEL.: (206) 245-6442
                                             FAX; (206) 374-2586
                                         CHRIS@JACKMANFIRM.COM

EXHIBIT 1
Page 6 of 16

1    This is a complaint for bodily injuries arising out of two separate assaults by a
2   United Airlines employee against the plaintiff that took place on March 3, 2022 and
3   October 21, 2023.  Plaintiff alleges that all acts and omissions herein described occurred
4   in King County, Washington. Consequently, this court has subject matter and personal
    jurisdiction over this cause.
5

6

7                                    **II. VENUE**

8        2.1    The negligent acts caused by the defendant occurred in King County,
9   Washington.
10       2.2    Defendant transacted continuous business in King County at the time of
    the negligent acts described in this Complaint.
11       2.3    Venue is proper in this Court.
12

13

14                                 **III. PARTIES**
15       3.1   The plaintiff is a man who resides in King County, Washington.  He was
    employed at the time of the assault described in this complaint by Delta Airlines.
16       3.2   Defendant United Airlines, Inc. is an airline with its headquarters in
17  Chicago, Illinois.   Upon information and belief, United Airlines was conducting
18  continuous business in King County, Washington at the time of this Complaint.  Upon
19  information and belief, United Airlines, Inc. employed assailant Rodney Allan Austin.
20

21

22                                **IV.  LIABILITY**
23

24       4.1    On or about March 3, 2022 and again on October 21, 2023, the plaintiff
    was lawfully on the premises of Seatac International Airport.  On both dates, he was
25
    COMPLAINT FOR DAMAGES
    Page 2 of 5

CHRIS JACKMAN
THE JACKMAN LAW FIRM, PLLC
708 BROADWAY, SUITE 101
TACOMA, WA 98104
TEL: (206) 245-6442
FAX: (206) 374-2586
CHRIS@JACKMANFIRM.COM

EXHIBIT 1
Page 7 of 16

employed by Delta Airlines. On both March 2, 2022 and October 21, 2023, the plaintiff
was violently assaulted by the same United Airlines employee, whose name is Rodney
Allan Austin. Said assaults resulted in significant personal injuries to the plaintiff.
Immediately after the March 3, 2022, the plaintiff notified all responsible parties
involved of the assault, including law enforcement and United Airlines, who failed to
terminate the assailant, who was a United Airlines employee, thus allowing said
assailant to remain employed and to violently attack the plaintiff again, while in the
normal scope and course of his employment as a United Airlines employee, on October
21, 2023. In neither instance did the plaintiff do anything to provoke the attack, nor did
the plaintiff retaliate. After the October 21, 2023 assault, Mr. Austin was charged with
fourth degree assault.

4.2     Defendant had a duty, and breached said duty to the plaintiff, to make
sure its employees did not violently assault other airline employees.

4.3     Pursuant to the doctrine of *respondent superior*, Defendant United
Airlines, Inc. is responsible for the acts, omissions, and negligence of its employees.
Defendant United Airlines had a duty, and breached said duty, to only hire and retain
employees who were lawful employees and would not violently assault other airline
employees. Defendant was negligent in its hiring and retention of its employees, in
particular because Defendant United Airlines had notice that its employee was violent
and failed to terminate or take corrective action to prevent a second violent attack from
occurring on March 3, 2022.

## V. DAMAGES

5.1     As a direct and proximate result of the said assaults, the plaintiff was
severely injured; that although medical attention and supportive remedies have been
resorted to, said injuries, together with pain and suffering, emotional distress,
discomfort and limitation of movement, prevail and will continue to prevail for an

COMPLAINT FOR DAMAGES
Page 3 of 5

CHRIS JACKMAN
THE JACKMAN LAW FIRM, PLLC
708 BROADWAY, SUITE 101
TACOMA, WA 98104
TEL: (206) 245-6442
FAX: (206) 374-2586
CHRIS@JACKMANFIRM.COM

EXHIBIT 1
Page 8 of 16

indefinite time into the future; that it is impossible at this time to fix the full nature, extent, severity and duration of said injuries, but they are alleged to be foreseeable, permanent, progressive and disabling in nature; that the plaintiff has incurred and will likely continue to incur medical expenses and other expenses to be proved at the time of trial, added to his general damages, including lost wages and an impairment of wages, in an amount now unknown.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff prays for judgment against the defendant for the following damages

1. For an award of damages compensating Plaintiff for his physical injuries and lost work hours and general damages in an amount to be proven at trial;

2. For an award of damages compensating Plaintiff for his past and future medical and out-of-pocket expenses, in an amount to be proven at trial;

3. For an award of damages compensating Plaintiff for his past and future pain and suffering in an amount to be proven at trial;

4. For an award of damages compensating Plaintiff for his past and future mental and emotional distress in an amount to be proven at trial;

5. For an award of prejudgment interest on all medical and out-of-pocket expenses directly and proximately caused by the negligence herein in an amount to be proven at trial;

6. For an award of damages compensating Plaintiff for his costs and disbursements herein in an amount to be proven at trial, including lost wages and an impairment of earning capacity; and

7. For such other and further relief as the court may deem just and equitable.

Dated: January 22, 2024

COMPLAINT FOR DAMAGES
Page 4 of 5

CHRIS JACKMAN
THE JACKMAN LAW FIRM, PLLC
708 BROADWAY, SUITE 101
TACOMA, WA 98104
TEL: (206) 245-6442
FAX: (206) 374-2586
CHRIS@JACKMANFIRM.COM

EXHIBIT 1
Page 9 of 16

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

By:   The Jackman Law Firm, PLLC


*/s/ Chris Jackman*
Chris Jackman, WSBA No. 46182

COMPLAINT FOR DAMAGES
Page 5 of 5

CHRIS JACKMAN
THE JACKMAN LAW FIRM, PLLC
708 BROADWAY, SUITE 101
TACOMA, WA 98104
TEL: (206) 245-6442
FAX; (206) 374-2586
CHRIS@JACKMANFIRM.COM

EXHIBIT 1
Page 10 of 16

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR THE COUNTY OF KING**

| | |
|---|---|
| Jerrett Rhoads | No. 24-2-01405-5 KNT |
| VS | **ORDER SETTING CIVIL CASE SCHEDULE** |
| United Airlines | **ASSIGNED JUDGE: LeRoy McCullough, Dept. 32**<br>FILED DATE: 01/22/2024<br>TRIAL DATE:01/27/2025 |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

### I. NOTICES

**NOTICE TO PLAINTIFF:**
The Plaintiff may serve a copy of this **Order Setting Case Schedule (*Schedule*)** on the Defendant(s) along with the **Summons and Complaint/Petition.** Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the **Summons and Complaint/Petition** or (2) service of the Defendant's first response to the **Complaint/Petition**, whether that response is a **Notice of Appearance**, a response, or a Civil Rule 12 (CR 12) motion. The **Schedule** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] -- especially those referred to in this **Schedule**. In order to comply with the **Schedule**, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**You are required to give a copy of these documents to all parties in this case.**

Order Setting Civil Case Schedule (ORSCS-CV)
Rev. 06/27/2023

Page 1

**EXHIBIT 1**
**Page 11 of 16**

### I. NOTICES (continued)

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS:**
A filing fee of **$240** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of all parties and claims is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of all parties and claims is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING AND TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and crossclaims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $250 arbitration fee.** If a party seeks a trial de novo when an arbitration award is appealed, a fee of $400 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
**All** parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements and/or Local Civil Rule 41.

**King County Local Rules are available for viewing at www.kingcounty.gov/courts/clerk.**

**EXHIBIT 1**
**Page 12 of 16**

## II. CASE SCHEDULE

| * | CASE EVENT | EVENT DATE |
|---|---|---|
|  | Case Filed and Schedule Issued. | 01/22/2024 |
| * | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [See KCLMAR 2.1(a) and Notices on Page 2]. **$250 arbitration fee must be paid** | 07/01/2024 |
| * | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [See KCLCR 4.2(a) and Notices on Page 2]. | 07/01/2024 |
|  | **DEADLINE** for Hearing Motions to Change Case Assignment Area [KCLCR 82(e)]. | 07/15/2024 |
|  | **DEADLINE** for Disclosure of Possible Primary Witnesses [See KCLCR 26(k)]. | 08/26/2024 |
|  | **DEADLINE** for Disclosure of Possible Additional Witnesses [See KCLCR 26(k)]. | 10/07/2024 |
|  | **DEADLINE** for Jury Demand [See KCLCR 38(b)(2)]. | 10/21/2024 |
|  | **DEADLINE** for a Change in Trial Date [See KCLCR 40(e)(2)]. | 10/21/2024 |
|  | **DEADLINE** for Discovery Cutoff [See KCLCR 37(g)]. | 12/09/2024 |
|  | **DEADLINE** for Engaging in Alternative Dispute Resolution [See KCLCR 16(b)]. | 12/30/2024 |
|  | **DEADLINE**: Exchange Witness & Exhibit Lists & Documentary Exhibits [KCLCR 4(j)]. | 01/06/2025 |
| * | **DEADLINE** to file Joint Confirmation of Trial Readiness [See KCLCR 16(a)(1)] | 01/06/2025 |
|  | **DEADLINE** for Hearing Dispositive Pretrial Motions [See KCLCR 56; CR 56]. | 01/13/2025 |
| * | Joint Statement of Evidence [See KCLCR 4 (k)] | 01/21/2025 |
|  | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusions of Law with the Clerk) | 01/21/2025 |
|  | Trial Date [See KCLCR 40]. | 01/27/2025 |

*The * indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.*

## III. ORDER

Pursuant to King County Local Rule 4 [KCLCR 4], IT IS ORDERED that the parties shall comply with the schedule listed above.  Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance.  It is FURTHER ORDERED that the party filing this action **must** serve this Order Setting Civil Case Schedule and attachment on all other parties.

DATED:      01/22/2024

*Teta Shah*

_____
PRESIDING JUDGE

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule.  The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:**  If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:**  Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**CASE SCHEDULE AND REQUIREMENTS:**  Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

### A. Joint Confirmation regarding Trial Readiness Report
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g., interpreters, equipment).

The Joint Confirmation Regarding Trial Readiness form is available at www.kingcounty.gov/courts/scforms. If parties wish to request a CR 16 conference, they must contact the assigned court.  Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding the report.

### B. Settlement/Mediation/ADR
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand.  Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held.  FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

### C. Trial
Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court.  The Friday before trial, the parties should access the court's civil standby calendar on the King County Superior Court website www.kingcounty.gov/courts/superiorcourt to confirm the trial judge assignment.

## MOTIONS PROCEDURES

### A. Noting of Motions

**Dispositive Motions:**  All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge.  The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules.  Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Non-dispositive Motions:**  These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered.  All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements.

**EXHIBIT 1**
**Page 14 of 16**

Rather than noting a time of day, the Note for Motion should state "Without Oral Argument."  Local Civil Rule 7 governs these motions, which include discovery motions.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge.  All other motions should be noted and heard on the Family Law Motions calendar.  Local Civil Rule 7 and King County Family Law Local Rules govern these procedures.  The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

**Emergency Motions:**   Under the court's local civil rules, emergency motions will usually be allowed only upon entry of an Order Shortening Time.  However, some emergency motions may be brought in the Ex Parte and Probate Department as expressly authorized by local rule.  In addition, discovery disputes may be addressed by telephone call and without written motion, if the judge approves in advance.

**B.  Original Documents/Working Copies/ Filing of Documents:  All original documents must be filed with the Clerk's Office.**  Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court.  The exceptions to the e-filing requirement are also available on the Clerk's Office website. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge.  The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom.  Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator.  Working copies can be submitted through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk/documents/eWC.

**Service of documents:** Pursuant to Local General Rule 30(b)(4)(B), e-filed documents shall be electronically served through the e-Service feature within the Clerk's eFiling application.  Pre-registration to accept e-service is required.  E-Service generates a record of service document that can be e-filed.  Please see the Clerk's office website at www.kingcounty.gov/courts/clerk/documents/efiling regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion.  **Do not file the original of the proposed order with the Clerk of the Court.**  Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order.  The court may distribute orders electronically.  Review the judge's website for information: www.kingcounty.gov/courts/SuperiorCourt/judges.

**Presentation of Orders for Signature:** All orders must be presented to the assigned judge or to the Ex Parte and Probate Department, in accordance with Local Civil Rules 40 and 40.1. Such orders, if presented to the Ex Parte and Probate Department, shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). If the assigned judge is absent, contact the assigned court for further instructions.  If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the  Ex Parte and Probate Department.**  Such orders shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department.  **If final order and/or formal proof are entered in the Ex Parte and Probate Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**

Civil Attachment (CV-ATTACH)
Rev. 07/21/2023

**EXHIBIT 1**
**Page 15 of 16**

Pursuant to Local Civil Rule 7(b)(5)(B), the initial motion and opposing memorandum shall not exceed 4,200 words and reply memoranda shall not exceed 1,750 words without authorization of the court. The word count includes all portions of the document, including headings and footnotes, except 1) the caption; 2) table of contents and/or authorities, if any; and 3): the signature block. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

***IT IS SO ORDERED.  FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS.  PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.***

PRESIDING JUDGE

Civil Attachment (CV-ATTACH)
Rev. 07/21/2023

**EXHIBIT 1**
**Page 16 of 16**