UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JERRETT RHOADS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC. and CORPORATIONS A-Z,<br><br>    Defendants. | No. 2:24-cv-00192 JHC<br><br>**JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES & ORDER**<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 9, 2024 |

Pursuant to Local Rule W.D. Wash. LCR ("LCR") 7(d)(1), LCR 10(g), and LCR 16(b)(6), counsel for Defendant United Airlines, Inc. ("United") and Plaintiff Jerrett Rhoads ("Rhoads") ("collectively hereby referred to as "the Parties") hereby submit the following Joint Stipulation to Continue Trial and Related Dates, with reference to the following facts:

WHEREAS, Rhoads filed his Complaint for Damages on January 22, 2024, in Washington Superior Court, King County.

WHEREAS, United filed the Notice of Removal to the Western District of Washington on February 12, 2024, which was Granted by this Court.

WHEREAS, the Parties continue to engage in discovery and fact-finding related to Rhoads' claims and United's defenses.

WHEREAS, the Parties continue to engage in good faith discussions surrounding potential settlement and scheduling of mediation.

WHEREAS, this Court has scheduled the following deadlines in this case:

Amended Pleadings due on September 9, 2024; Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 9/9/2024, Discovery Motions due by 10/9/2024, Discovery completed by 11/8/2024, Dispositive motions due by 12/9/2024, Attorney settlement conference to be held by 2/6/2025, Motions in *Limine* due by 2/24/2025, Pretrial Order due by 3/17/2025, Deposition Designations due by 3/19/2025, Pretrial Conference set for 3/24/2025 at 01:30 PM in Courtroom 14106 before Judge John H. Chun; Trial briefs to be submitted by 3/31/2025, Proposed Findings of Fact and Conclusions of Law to be submitted by 3/31/2025; Bench Trial for 4/17/2025 at 1:30 p.m.

WHEREAS, the Parties have met and conferred and hereby stipulate to a six (6) month continuance of Trial and extension of all related dates as outlined above.

THEREFORE, the Parties jointly agree as follows:

Amended Pleadings now due on 3/10/2025; Expert Witness Disclosure/Reports under FRCP 26(a)(2) now due by 3/10/2025, Discovery Motions now due by 4/9/2025, Discovery now to be completed by 5/8/2025, Dispositive motions now due by 6/9/2025, Attorney settlement conference now to be held by 8/6/2025, Motions in *Limine* now due by 8/25/2025, Pretrial Order now due by 9/17/2025, Deposition Designations now due by 9/19/2025, Pretrial Conference to be set for 9/24/2025 at 01:30 PM in Courtroom 14106 before Judge John H. Chun; Trial briefs to now be submitted by 9/30/2025, Proposed Findings of Fact and Conclusions of Law to now be submitted by 9/30/2025; Bench Trial now for 10/17/2025 at 1:30 p.m.

Stipulation to Continue
Trial and Related Dates
& Order

| | | |
|---|---|---|
| 1 | Dated: September 9, 2024 | ROSEN & SCHNEIDER, LLC |

                                                 */s/ Tabatha M. Schneider*
Tabatha M. Schneider, WSBA No. 60508
Steven O. Rosen, WSBA No. 35315
Rosen & Schneider, LLC
1300 SW Fifth Avenue, Suite 2850
Portland, OR 97201
Telephone: (503) 525-2525
Fax: (503) 773-8746
Email: Rosen@RosenandSchneider.com
Schneider@RosenandSchneider.com
Attorneys for Defendant,
UNITED AIRLINES, INC.

Dated: September 9, 2024            JACKMAN LAW FIRM

                                                 */s/ Chris T. Jackman*
Chris T. Jackman, WSBA No. 46182
Jackman Law Firm
708 Broadway, Suite 108
Tacoma, WA 98402
Telephone: (206) 245-6442
Email: Chris@JackmanFirm.com
Attorneys for Plaintiff,
JERRETT RHOADS

Stipulation to Continue
Trial and Related Dates
& Order

**ORDER**

The Court CONTINUES trial in this matter to October 20, 2025. The Court DIRECTS the Clerk to issue a new case scheduling order in accordance with the Court's standard pretrial schedule.

Dated this 9th day of September, 2024.

                                             JOHN H. CHUN
                                             UNITED STATES DISTRICT JUDGE

Stipulation to Continue
Trial and Related Dates
& Order